THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX BECKER, Appellant.

Submitted November 14, 1949; decided December 1, 1949.

*Nathaniel L. Goldstein, Attorney-General (William S. Elder, Jr.,* of counsel), for motion.

*Louis Kaye* opposed.

Motion granted and appeal dismissed.